| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**Kimberly CaSandra Fuller** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF<br>THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.   ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  03/23/2026    Kimberly CaSandra Fuller

Printed name of Debtor 1                              Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                              Printed name of Debtor 2                        Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

QM2    000624   000100           000010030

# Earnings  Statement

**ADP**®

*FREE  ENERGY  SAVINGS  COMPANY,  LLC*
*4751  ARROW  HIGHWAY*
*MONTCLAIR,   CA   91763*

| | |
|---|---|
| Period  Beginning: | 02/23/2026 |
| Period  Ending: | 03/08/2026 |
| Pay  Date: | 03/13/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**KIMBERLY  CASANDRA  FULLER**
**6711  NORTH  MIRNA  AVENUE**
**SAN  BERNARDINO  CA  92407**

Social  Security  Number:   XXX-XX-5661

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 24.3300 | 71.87 | 1,748.60 | 9,775.16 |
| Overtime | 36.4950 | 1.17 | 42.69 | 586.36 |
| Holiday | 24.3300 | 8.00 | 194.64 | 573.68 |
| **Gross  Pay** | | | **$1,985.93** | 10,935.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -91.16 | 447.01 |
| | Social  Security  Tax | -117.88 | 646.49 |
| | Medicare  Tax | -27.56 | 151.19 |
| | CA  State  Income  Tax | -42.72 | 218.96 |
| | CA  SDI  Tax | -24.71 | 135.55 |
| | **Other** | | |
| | Client  401K | -99.30* | 546.76 |
| | Medical | -81.68* | 490.08 |
| | Ts  Vision | -2.98* | 17.88 |
| | **Net  Pay** | **$1,497.94** | |
| | Checking | -1,497.94 | 8,281.28 |
| | **Net  Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,801.97

Your  CA  taxable  wages  this  period  are
$1,801.97

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Pto | 13.34 | |
| Totl  Hrs  Worked | 73.04 | |

**Important  Notes**

ADP TotalSource,  Inc.,A Professional  Employer  Organization
10200  Sunset  Drive,  Miami,  FL 33173
1-844-448-0325

BASIS  OF  PAY:  HOURLY

**Additional  Tax  Withholding  Information**
Taxable  Marital  Status:
  CA:               Single
Exemptions/Allowances:
  CA:               0

© 2000  ADP,  Inc.

**ADP**®

| | | |
|---|---|---|
| **Advice  number:** | **00000110030** | |
| Pay  date: | 03/13/2026 | |



THIS IS NOT A CHECK

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **KIMBERLY   CASANDRA   FULLER** | xxxxxx2229 | xxxx  xxxx | $1,497.94 |

**NON-NEGOTIABLE**

QM2  000624  000100      0000090030

# Earnings Statement

FREE ENERGY SAVINGS COMPANY, LLC
4751 ARROW HIGHWAY
MONTCLAIR, CA 91763

Period Beginning: 02/09/2026
Period Ending: 02/22/2026
Pay Date: 02/27/2026

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

KIMBERLY CASANDRA FULLER
6711 NORTH MIRNA AVENUE
SAN BERNARDINO CA 92407

Social Security Number: XXX-XX-5661

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.3300 | 69.00 | 1,678.77 | 8,026.56 |
| Overtime | 36.4950 | 5.03 | 183.57 | 543.67 |
| Holiday | | | | 379.04 |
| **Gross Pay** | | | **$1,862.34** | 8,949.27 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.08 | 355.85 |
| | Social Security Tax | -110.22 | 528.61 |
| | Medicare Tax | -25.78 | 123.63 |
| | CA State Income Tax | -37.56 | 176.24 |
| | CA SDI Tax | -23.11 | 110.84 |
| | **Other** | | |
| | Client 401K | -93.12* | 447.46 |
| | Medical | -81.68* | 408.40 |
| | Ts Vision | -2.98* | 14.90 |
| | **Net Pay** | **$1,410.81** | |
| | Checking | -1,410.81 | 6,783.34 |
| | **Net Check** | **$0.00** | |

Your CA taxable wages this period are
$1,684.56

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 6.67 | |
| Totl Hrs Worked | 74.03 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization

10200 Sunset Drive, Miami, FL 33173

1-844-448-0325

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
  CA:           Single
Exemptions/Allowances:
  CA:           0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,684.56

© 2000 ADP, Inc.



| Advice number: | 00000090030 |
|---|---|
| Pay date: | 02/27/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KIMBERLY CASANDRA FULLER | xxxxxx2229 | xxxx xxxx | $1,410.81 |

## NON-NEGOTIABLE

**Earnings Statement**  ADP®

*FREE ENERGY SAVINGS COMPANY, LLC*
*4751 ARROW HIGHWAY*
*MONTCLAIR, CA 91763*

| | |
|---|---|
| Period Beginning: | 01/26/2026 |
| Period Ending: | 02/08/2026 |
| Pay Date: | 02/13/2026 |

Filing Status: Head of household
Exemptions/Allowances:
 Federal: Standard Withholding Table

**KIMBERLY CASANDRA FULLER**
**6711 NORTH MIRNA AVENUE**
**SAN BERNARDINO CA 92407**

Social Security Number:  XXX-XX-5661

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.3300 | 80.00 | 1,946.40 | 6,347.79 |
| Overtime | 36.4950 | 4.20 | 153.28 | 360.10 |
| Holiday | | | | 379.04 |
| **Gross Pay** | | | **$2,099.68** | 7,086.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -104.13 | 278.77 |
| | Social Security Tax | -124.93 | 418.39 |
| | Medicare Tax | -29.22 | 97.85 |
| | CA State Income Tax | -49.59 | 138.68 |
| | CA SDI Tax | -26.20 | 87.73 |
| | **Other** | | |
| | Client 401K | -104.98* | 354.34 |
| | Medical | -81.68* | 326.72 |
| | Ts Vision | -2.98* | 11.92 |
| | **Net Pay** | **$1,575.97** | |
| | Checking | -1,575.97 | 5,372.53 |
| | **Net Check** | **$0.00** | |

Your CA taxable wages this period are
$1,910.04

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 6.67 | |
| Totl Hrs Worked | 84.20 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 CA:        Single
Exemptions/Allowances:
 CA:        0

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,910.04

© 2000 ADP, Inc.





| | Advice number: | 00000070030 |
|---|---|---|
| | Pay date: | 02/13/2026 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KIMBERLY CASANDRA FULLER | xxxxxx2229 | xxxx xxxx | $1,575.97 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

*FREE ENERGY SAVINGS COMPANY, LLC*
*4751 ARROW HIGHWAY*
*MONTCLAIR, CA 91763*

| | |
|---|---|
| Period Beginning: | 01/12/2026 |
| Period Ending: | 01/25/2026 |
| Pay Date: | 01/30/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

**KIMBERLY CASANDRA FULLER**
**6711 NORTH MIRNA AVENUE**
**SAN BERNARDINO CA 92407**

Social Security Number: XXX-XX-5661

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.3300 | 80.00 | 1,946.40 | 4,401.39 |
| Overtime | 36.4950 | 2.60 | 94.89 | 206.82 |
| Holiday | | | | 379.04 |
| **Gross Pay** | | | **$2,041.29** | 4,987.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.48 | 174.64 |
| | Social Security Tax | -121.31 | 293.46 |
| | Medicare Tax | -28.37 | 68.63 |
| | CA State Income Tax | -45.93 | 89.09 |
| | CA SDI Tax | -25.43 | 61.53 |
| | **Other** | | |
| | Client 401K | -102.06* | 249.36 |
| | Medical | -81.68* | 245.04 |
| | Ts Vision | -2.98* | 8.94 |
| | **Net Pay** | **$1,536.05** | |
| | Checking | -1,536.05 | 3,796.56 |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,854.57

Your CA taxable wages this period are
$1,854.57

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 0.00 | |
| Totl Hrs Worked | 82.60 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 23.6900 TO 24.3300.

**Additional Tax Withholding Information**

Taxable Marital Status:
  CA:        Single
Exemptions/Allowances:
  CA:        0

© 2000 ADP, Inc.



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| Advice number: | 00000050029 |
|---|---|
| Pay date: | 01/30/2026 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KIMBERLY CASANDRA FULLER | xxxxxx2229 | xxxx xxxx | $1,536.05 |